1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RUBEN MARTINEZ-QUITERO
6

7
             IN THE UNITED STATES DISTRICT COURT
8
          FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )  CR.S. 09-456-JAM
11                                )
                 Plaintiff,       )  STIPULATION AND ORDER
12                                )  TO EXTEND TIME FOR STATUS
        v.                        )  CONFERENCE AND EXCLUDE TIME
13                                )
   RUBEN MARTINEZ-QUITERO         )  DATE:  March 9, 2010
14                                )  Time:  9:30 a.m.
                 Defendant.       )  Judge: John A. Mendez
15 _____)

16

17      Defendant RUBEN MARTINEZ-QUITERO, by and through his

18 counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender,

19 and the United States Government, by and through its counsel,

20 MICHAEL ANDERSON, Assistant United States Attorney, hereby

21 stipulate that the status conference set for February 23, 2010,

22 be rescheduled for a status conference on Tuesday, March 9, 2010,

23 at 9:30 a.m.

24      This continuance is being requested because defense counsel

25 requires additional time to receive and review discovery, discuss

26 the case with the government, and pursue investigation.

27      Speedy trial time is to be excluded from the date of this

28 order through the date of the status set for March 9, 2010,

                              1

1   pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to

2   prepare] (Local Code T4).

3   DATED: February 18, 2010

4

5                                          Respectfully Submitted,

6                                          DANIEL J. BRODERICK
                                           Federal Defender

7

8                                          /s/ Dennis S. Waks
                                           Supervising Assistant
                                           Federal Defender

9                                          Attorney for Defendant
                                           RUBEN MARTINEZ-QUITERO

10  DATED:  February 18, 2010              BENJAMIN B. WAGNER

11                                         United States Attorney

12

13                                         /s/  Dennis S. Waks for
                                           MICHAEL ANDERSON

14                                         Assistant U.S. Attorney

    **SO ORDERED.**

15

16  Dated: February 18, 2010

17

18                                         /s/ John A. Mendez
    _____        JOHN A. MENDEZ

19                                         United States District Court Judge

20

21

22

23

24

25

26

27

28