```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RUBEN MARTINEZ-QUITERO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 09-456-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME FOR STATUS |
| v. ) | CONFERENCE AND EXCLUDE TIME |
| ) | |
| RUBEN MARTINEZ-QUITERO ) | DATE: March 30, 2010 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: John A. Mendez |
| _____ | |

Defendant RUBEN MARTINEZ-QUITERO, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHAEL ANDERSON, Assistant United States Attorney, hereby stipulate that the status conference set for March 9, 2010, be rescheduled for a status conference on Tuesday, March 30, 2010, at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 30,

1

2010, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

DATED: March 4, 2010

                                                 Respectfully Submitted,

                                                 DANIEL J. BRODERICK
                                               Federal Defender

                                               /s/ Dennis S. Waks
                                               Supervising Assistant
                                               Federal Defender
                                               Attorney for Defendant
                                               RUBEN MARTINEZ-QUITERO

DATED:  March 4, 2010                BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/  Dennis S. Waks for
                                             MICHAEL ANDERSON
                                             Assistant U.S. Attorney

**SO ORDERED.**

Dated: 03/04/2010

                                           /s/ John A. Mendez
                                           JOHN A. MENDEZ
                                           United States District Court Judge